**No. 61673.**—John F. Kaiser Co., Inc. *v.* United States, protests 134366–K, etc. (New York).

Opinion by MOLLISON, J. In accordance with stipulation of counsel that the merchandise consists of goatskins and sheepskins the same in all material respects as those the subject of *Nawi Noonoo & Co. et al.* v. *United States* (39 Cust. Ct. 54, C. D. 1904), the claim of the plaintiff was sustained.

**No. 61674.**—American Express Co. and African Asiatic Trading Co., Inc. *v.* United States, protest 159591–K (New York).

Opinion by MOLLISON, J. In accordance with stipulation of counsel that the merchandise consists of goatskins and sheepskins the same in all material respects as those the subject of *Nawi Noonoo & Co. et al.* v. *United States* (39 Cust. Ct. 54, C. D. 1904), the claim of the plaintiffs was sustained.

**No. 61675.**—Border Brokerage Company et al. *v.* United States, protests 305877–K, etc. (Seattle).

Opinion by MOLLISON, J. In accordance with stipulation of counsel that the merchandise consists of pallets and caulboards similar in all material respects to the items involved in *John V. Carr & Son, Inc.* v. *United States* (37 Cust. Ct. 226, C. D. 1828), the claim of the plaintiffs was sustained.

BEFORE THE SECOND DIVISION, MARCH 12, 1958

**No. 61676.**—Porath & Magneheim, Inc. *v.* United States, protest 302188–K (New York).

Opinion by FORD, J. The protest was dismissed for lack of prosecution.

**No. 61677.**—D. C. Andrews & Company, Inc. *v.* United States, protest 309589–K (New York).

Opinion by FORD, J. The protest was dismissed for lack of prosecution.

BEFORE THE THIRD DIVISION, MARCH 12, 1958

**No. 61678.**—Ucagco, Inc. *v.* United States, protest 303507–K (B) (Baltimore).